PEOPLE v RICHARD GOODWIN. Appeal from Wayne, Thomas J. Foley, J. Submitted Division 1 March 7, 1972, at Detroit. (Docket No. 11384.) Decided May 3, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Richard B. Whitney,* for defendant on appeal.

Before: BRONSON, P. J., and QUINN and DANHOF, JJ.

MEMORANDUM OPINION. Defendant was convicted of assault with intent to rob while armed, and appeals. The people have filed a motion to affirm.

Upon examination of the briefs and record, it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.